UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------

CHRISTOPHER SAWYER,

                Plaintiff,

        -against-

THE PORT AUTHORITY OF NEW YORK AND NEW JERSEY, PORT AUTHORITY POLICE OFFICER HARRY MARTINEZ SHIELD # 3466, AND PORT AUTHORITY POLICE OFFICER TIMOTHY HARRIS SHIELD #3230,

                Defendants.

----------------------------------------------------------------

19cv3711

ORDER

WILLIAM H. PAULEY III, Senior United States District Judge:

        On March 13, 2020, this Court granted Plaintiff's counsel's request to file their motion to be relieved as counsel and accompanying papers under seal. (ECF No. 15.) Plaintiff's counsel filed those documents under seal on May 28, 2020. (ECF No. 17.) Having reviewed Plaintiff's counsel's submission, this Court concludes that the Notice of Motion and Declaration of Service must be filed publicly on the docket. Accordingly, Plaintiff's counsel shall re-file those two documents forthwith.

Dated: June 2, 2020
      New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.