UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------

CHRISTOPHER SAWYER,

        Plaintiff,

    -against-

THE PORT AUTHORITY OF NEW YORK AND NEW JERSEY, PORT AUTHORITY POLICE OFFICER HARRY MARTINEZ SHIELD # 3466, AND PORT AUTHORITY POLICE OFFICER TIMOTHY HARRIS SHIELD #3230,

        Defendants.

---------------------------------------------------------------

19cv3711

ORDER

WILLIAM H. PAULEY III, Senior United States District Judge:

    Plaintiff's counsel having moved to withdraw as counsel pursuant to Local Rule 1.4 and having filed their submission under seal, this Court will conduct a teleconference with Plaintiff and his counsel on July 2, 2020 at 11:00 a.m.  Plaintiff's counsel shall make all arrangements to ensure Plaintiff's appearance during the teleconference.  Defendants consent to this Court conducting the teleconference ex parte.  (ECF No. 20.)

Dated: June 10, 2020
      New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.